**Order filed August 25, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00367-CV
_____

**JOHN R. SOARD, Appellant**

**V.**

**MARY PAGE, Appellee**

---

**On Appeal from the 11th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-53675**

---

## O R D E R

Appellant's brief was due August 6, 2015**.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **September 24, 2015**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM